UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TARA L. YOUNGBLOOD MORRIS

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 10-717-BAJ-SCR

**RULING AND
ORDER OF REMAND**

The Court, having carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 22, 2012 (doc. 15), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that under sentence four of 42 U.S.C. §405 (g), the final decision of the Commissioner of Social Security Michael J. Astrue denying the applications for disability and supplemental security income benefits filed by plaintiff Tara L. Youngblood Morris is reversed, and this matter is remanded to the Commissioner for reconsideration of the plaintiff's claims for benefits.

Baton Rouge, Louisiana, April 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA